

**THE PASCARELLA LAW FIRM, PLLC**

☐ Nassau Office:
1551 FRANKLIN AVENUE
MINEOLA, NY 11501
Telephone: (516) 741-FIRM (3476)
             (516) 742-1134
Facsimile:  (516) 742-1137

E-MAIL:PASCARELLAW@OPTONLINE.NET

☐ Suffolk Office:
775 PARK AVENUE
SUITE 255
HUNTINGTON, NY 11743
Telephone: (631) 789-FIRM (3476)
Facsimile:  (631) 667-8727

James A. Pascarella
James Adam Pascarella

**Of Counsel**
Norman Sarnoff
Thomas A. Illmensee

September 7, 2022

**Via ECF**

Honorable Arlene R. Lindsay
United States Magistrate Judge
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

Re: *Gleeson v. County of Nassau, et al.*
Docket No. 15-CV-06487 (AMD)(ARL)

Dear Judge Lindsay:

    The undersigned represented the plaintiffs in the above-captioned case. This letter is a joint submission on behalf of counsel for all parties involved in the said lawsuit. In fact, the within is meant to be counsel's joint status report, which report Your Honor directed be submitted by September 9, 2022.

    As the Court is aware, the Rule 41(a)(1) Stipulation of Dismissal pertaining to the County defendants was filed yesterday. Additionally, it is noted that the obligations and commitments of all parties, set out in the settlement placed on the record before Your Honor and further memorialized by the separate Settlement Agreements reached among the parties, have been met and satisfied. Moreover, all proceedings in the Nassau County Surrogate's Court have come to satisfactory conclusion, as well.

    All counsel thank the Court for its attention to this matter.

Respectfully yours,

JAMES A. PASCARELLA

cc.: All counsel via ECF